# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**TIMOTHY WISE**                                                                         **PETITIONER**
**ADC #100788**

**v.**            **CASE NO: 5:12CV00355 BSM/JJV**

**RAY HOBBS, Director of the**                                                           **RESPONDENT**
Arkansas Department of Correction

## ORDER

The proposed findings and recommended disposition [Doc. No. 7] submitted by United States Magistrate Judge Joe J. Volpe and the objections thereto have been reviewed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1. Timothy Wise's petition for writ of habeas corpus [Doc. No. 1] is dismissed with prejudice.

2. All pending motions are denied as moot.

3. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is denied.

Dated this 19th day of December 2012.

_____
UNITED STATES DISTRICT JUDGE